## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY E. KIHL, | ) |
|             Plaintiff, | ) |
|     vs. | ) CIVIL ACTION NO.: 2:15-cv-01395 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) **ELECTRONICALLY FILED** |
|             Defendants. | ) |

## STIPULATION TO DISMISS

The parties hereto, by and through their undersigned counsel, have reached an amicable settlement of the above captioned case and hereby move for an order of court dismissing the action above captioned, with prejudice.

Respectfully submitted,

/s/ Tybe A. Brett   /s/ William James Rogers

Tybe A. Brett, Esquire
Feinstein Doyle Payne & Kravec, LLC
429 Forbes Avenue
Allegheny Building, Suite 1705
Pittsburgh, PA 15219
tbrett@fdpklaw.com
(412) 281-8400

Attorneys for Plaintiff

William James Rogers, Esquire
ID #38990
Thomson, Rhodes & Cowie, P.C.
1010 Two Chatham Center
Pittsburgh, PA 15219
Phone: (412) 232-3400
Fax: (412) 232-3498
E-mail: wjr@trc-law.com

Attorneys for Defendant

W:\WJR\18266 Kihl v. UNUM\Pleadings\stipulation to dismiss.doc